IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN WASH,

        Appellant,

 v.

ROBERT L. FERDINAND, JR., SAMUEL
HINES, LOOKING GOOD MANAGEMENT,
INC. AND CRYSTAL SHARON,

        Appellees.

_____/

Case No.  5D16-612

Opinion filed December 2, 2016

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Jennifer R. Dixon, Terry C. Young, and
James S. Toscano, of Lowndes, Drosdick,
Doster, Kantor & Reed, P.A., Orlando, for
Appellant.

Scott D. Clark, Mitchell E. Albaugh, and
Christopher M. Hamilton, of Clark &
Albaugh, LLP, Winter Park, for Appellee
Robert L. Ferdinand, Jr.

No appearance for other Appellees.


EDWARDS, J.

      After careful consideration, we affirm the trial court's rulings on all but one issue

raised on appeal.  Because the trial court erred by failing to apportion the award of

attorney's fees between John Wash ("Appellant") and his counsel, we remand the case to the trial court for entry of an amended order apportioning the fees between Appellant and his counsel as required by section 57.105, Florida Statutes (2014).

AFFIRMED IN PART; REVERSED IN PART; AND REMANDED.

SAWAYA and BERGER, JJ., concur.